COOLEY LLP
MICHELLE C. DOOLIN (179445)
(mdoolin@cooley.com)
MEGAN L. DONOHUE (266147)
(mdonohue@cooley.com)
VIVIENNE A. PISMAROV (345611)
(vpismarov@cooley.com)
10265 Science Center Drive
San Diego, CA 92121-1117
Telephone:    (858) 550-6000
Facsimile:     (858) 550-6420

DARINA A. SHTRAKHMAN (324109)
(dshtrakhman@cooley.com)
3 Embarcadero Center, 20th Floor
San Francisco, CA 94111
Telephone:    (415) 693-2000
Facsimile:     (415) 693-2222

Attorneys for Defendant
VNGR BEVERAGE, LLC d/b/a POPPI

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KRISTIN COBBS, individually and on behalf of all other persons similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>VNGR BEVERAGE, LLC d/b/a POPPI,<br><br>Defendant. | Case No. 4:24-cv-03229-HSG (lead)<br><br>No. 4:24-cv-03612-HSG<br><br>**JOINT REQUEST TO CONSOLIDATE CASES, SET PLAINTIFFS' TIME TO FILE A CONSOLIDATED AMENDED COMPLAINT, SET DEFENDANT'S TIME TO RESPOND TO THE CONSOLIDATED AMENDED COMPLAINT AND ASSOCIATED BRIEFING SCHEDULE, AND RESET THE INITIAL CASE MANAGEMENT CONFERENCE; ORDER (as modified)**<br>Dept:     Courtroom 2<br>Judge:   Judge Haywood S. Gilliam, Jr. |
| CAROL LESH and SARAH COLEMAN, on behalf of themselves, the general public, and those similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>VNGR BEVERAGE, LLC,<br><br>Defendant. | |

COOLEY LLP
ATTORNEYS AT LAW
SAN DIEGO

**JOINT REQUEST AND ORDER**
**CASE NO. 4:24-CV-03229-HSG**
**CASE NO. 4:24-CV-03612-HSG**

Pursuant to Civil Local Rules 16-2 and 7-12, Plaintiffs Kristin Cobbs, Carol Lesh, and Sarah Coleman ("Plaintiffs") and Defendant VNGR Beverage, LLC d/b/a Poppi ("Defendant" or "Poppi," together with "Plaintiffs," the "Parties") hereby jointly stipulate and agree as follows:

1. WHEREAS, on May 29, 2024, a putative class action was filed in this Court against Poppi alleging violations of consumer protection laws, captioned *Cobbs v. VNGR Beverage, LLC*, Case No. 4:24-cv-03229-HSG (the "*Cobbs* Action");

2. WHEREAS, on June 4, 2024, the *Cobbs* Action was reassigned to the Honorable Haywood S. Gilliam, Jr. (ECF No. 8);

3. WHEREAS, on May 29, 2024, a substantially similar putative class action, involving the same questions of law and fact, was filed in the Northern District of California, captioned *Lesh, et al. v. VNGR Beverage, LLC*, Case No. 4:24-cv-03612-HSG (the "*Lesh* Action");

4. WHEREAS, on June 17, 2024, plaintiffs in the *Lesh* Action filed an administrative motion to relate the *Lesh* Action to the *Cobbs* Action pursuant to Civil Local Rules 3-12(a) and 7-11 (ECF No. 16) because these actions involve identical questions of law and fact and the same conduct by the same Defendant;

5. WHEREAS, on June 25, 2024, the Court entered a Related Case Order relating the *Lesh* Action to the *Cobbs* Action.

6. WHEREAS, cases pending before the same judge may be consolidated under Federal Rule of Civil Procedure 42(a) if the actions involve a common question of law or fact;

7. WHEREAS, to advance the interests of judicial economy and efficiency, prevent duplication, and preserve the Court's and Parties' Resources, the Parties, therefore, respectfully submit that consolidation of the *Lesh* and *Cobbs* Actions is appropriate;

8. WHEREAS, the Parties agree that if the cases are consolidated, Plaintiffs will accordingly file a consolidated amended complaint;

9. WHEREAS, the Parties agree that Defendant need not answer, move, or otherwise respond to the currently filed complaints in the *Cobbs* Action and *Lesh* Action, and should instead respond to the consolidated amended complaint; and

10. WHEREAS, an initial case management conference is presently set in the *Cobbs*

COOLEY LLP
ATTORNEYS AT LAW
SAN DIEGO

1

JOINT REQUEST AND ORDER
CASE NO. 4:24-CV-03229-HSG
CASE NO. 4:24-CV-03612-HSG

action for September 3, 2024 at 2:00 p.m.

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED by the Parties hereto, through their undersigned counsel, as follows:

1. Pursuant to Civil L.R. 3-12(f)(3), the case captioned *Lesh, et al. v. VNGR Beverage, LLC*, Case No. 4:24-cv-03612-HSG is hereby consolidated with the case captioned *Cobbs v. VNGR Beverage, LLC*, Case No. 4:24-cv-03229-HSG.

2. Pursuant to Federal Rule of Civil Procedure Rule 42(a), the above-captioned actions shall be consolidated for all purposes, including, without limitation, discovery, pretrial proceedings, and trial (the "Consolidated Action").

3. Every pleading filed in the Consolidated Action shall be filed under Case No. 4:24-cv-03229-HSG and shall bear the following caption:

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re VNGR BEVERAGE, LLC LITIGATION | Case No. 4:24-cv-03229-HSG |
| | CLASS ACTION |
| This Document Relates To: Case No. 4:24-cv-03612-HSG | Judge: Hon. Haywood S. Gilliam, Jr. Courtroom: 2 |

4. Plaintiffs shall file a consolidated amended complaint within 28 days of the Court's acceptance of this Joint Stipulation.

5. Defendant need not answer, move, or otherwise respond to the currently pending complaints in the *Cobbs* or *Lesh* Actions.

6. Defendant shall respond to the to be filed consolidated amended complaint within 45 days of its filing.

7. If Defendant ultimately files a motion to dismiss the consolidated amended complaint, Plaintiffs will have 28 days to file an opposition to the motion to dismiss and Defendant will have 21 days to file a reply to the opposition.

COOLEY LLP
ATTORNEYS AT LAW
SAN DIEGO

2

JOINT REQUEST AND ORDER
CASE NO. 4:24-CV-03229-HSG
CASE NO. 4:24-CV-03612-HSG

8. The Court may reset the initial case management conference, currently scheduled for September 3, 2024 at 2:00 p.m., to a later date.

9. The Parties are not waiving any rights, claims, or defenses of any kind except as expressly stated herein, and the Parties reserve the right to seek further extensions of time as circumstances may warrant, subject to the Court's approval.

Dated: June 27, 2024        **COOLEY LLP**

*/s/ Michelle C. Doolin*
Michelle C. Doolin
MEGAN L. DONOHUE (266147)
(mdonohue@cooley.com)
VIVIENNE A. PISMAROV (345611)
(vpismarov@cooley.com)
10265 Science Center Drive
San Diego, CA 92121-1117
Telephone:   (858) 550-6000
Facsimile:    (858) 550-6420

DARINA A. SHTRAKHMAN (324109)
(dshtrakhman@cooley.com)
3 Embarcadero Center, 20th Floor
San Francisco, CA 94111
Telephone:   (415) 693-2000
Facsimile:    (415) 693-2222

Attorneys for Defendant
VNGR BEVERAGE, LLC d/b/a POPPI

COOLEY LLP
ATTORNEYS AT LAW
SAN DIEGO

3

JOINT REQUEST AND ORDER
CASE NO. 4:24-CV-03229-HSG
CASE NO. 4:24-CV-03612-HSG

| | | |
|---|---|---|
| 1 | Dated: June 27, 2024 | **BURSOR & FISHER, P.A.** |
| 2 | | |
| 3 | | */s/ L. Timothy Fisher* |
| | | L. Timothy Fisher (State Bar No. 191626) |
| | | ltfisher@bursor.com |
| 4 | | Joshua B. Glatt (State Bar No. 354064) |
| | | jglatt@bursor.com |
| 5 | | 1990 North California Blvd., Suite 940 |
| | | Walnut Creek, Ca 94596 |
| 6 | | Telephone: (925) 300-4455 |
| | | Facsimile: (925) 407-2700 |
| 7 | | |
| | | **GUCOVSCHI ROZENSHTEYN, PLLC.** |
| 8 | | |
| 9 | | Adrian Gucovschi (*Pro Hac Vice*) |
| | | adrian@gr-firm.com |
| | | Benjamin Rozenshteyn (*Pro Hac Vice* Forthcoming) |
| 10 | | ben@gr-firm.com |
| | | 140 Broadway, Suite 4667 |
| 11 | | New York, Ny 10005 |
| | | Telephone: (212) 884-4230 |
| 12 | | Facsimile: (212) 884-4230 |
| 13 | | Attorneys for Plaintiff |
| | | KRISTIN COBBS |
| 14 | | |
| 15 | Dated: June 27, 2024 | **GUTRIDE SAFIER LLP** |
| 16 | | *
/s/ Seth A. Safier* |
| 17 | | Seth A. Safier (State Bar No. 197427) |
| | | seth@gutridesafier.com |
| | | Marie A. McCrary (State Bar No. 262670) |
| 18 | | marie@gutridesafier.com |
| | | Anthony Patek (State Bar No. 228964) |
| 19 | | anthony@gutridesafier.com |
| | | 100 Pine Street, Suite 1250 |
| 20 | | San Francisco, Ca 94111 |
| | | Telephone: (415) 639-9090 |
| 21 | | Facsimile: (415) 449-6469 |
| 22 | | Attorneys for Plaintiffs |
| | | LESH AND COLEMAN |
| 23 | | |

COOLEY LLP
ATTORNEYS AT LAW
SAN DIEGO

4

**JOINT REQUEST AND ORDER**
**CASE NO. 4:24-CV-03229-HSG**
**CASE NO. 4:24-CV-03612-HSG**

## ATTESTION OF CONCURRENCE IN FILING

Pursuant to the United States District Court for the Northern District of California, Civil L.R. 5-1(i), I, Michelle C. Doolin, hereby attest that the concurrence to the filing of the foregoing document has been obtained from the signatories.

Dated: June 27, 2024

**COOLEY LLP**

*/s/ Michelle C. Doolin*
Michelle C. Doolin
MEGAN L. DONOHUE (266147)
(mdonohue@cooley.com)
VIVIENNE A. PISMAROV (345611)
(vpismarov@cooley.com)
10265 Science Center Drive
San Diego, CA 92121-1117
Telephone:   (858) 550-6000
Facsimile:   (858) 550-6420

DARINA A. SHTRAKHMAN (324109)
(dshtrakhman@cooley.com)
3 Embarcadero Center, 20th Floor
San Francisco, CA 94111
Telephone:   (415) 693-2000
Facsimile:   (415) 693-2222

Attorneys for Defendant
VNGR BEVERAGE, LLC d/b/a POPPI

COOLEY LLP
ATTORNEYS AT LAW
SAN DIEGO

5

JOINT REQUEST AND ORDER
CASE NO. 4:24-CV-03229-HSG
CASE NO. 4:24-CV-03612-HSG

**ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED. Pursuant to Civil L.R. 3-12(f)(3), the case captioned *Lesh, et al. v. VNGR Beverage, LLC*, Case No. 4:24-cv-03612-HSG is hereby consolidated into the present action, Case No. 4:24-cv-03229-HSG, which shall serve as the lead case. All future filing should be done in the lead case only and should be captioned "In re VNGR BEVERAGE, LLC LITIGATION." The clerk is directed to administratively close the later-filed civil action, Case No. 24-cv-03612-HSG. Plaintiffs are ordered to file a consolidated amended complaint within 28 days of this order, and Defendant need not answer, move, or otherwise respond to the currently pending complaints in the *Cobbs* and *Lesh* actions. Defendant shall respond to the consolidated amended complaint within 45 days of its filing. In the event Defendant files a motion to dismiss, Plaintiffs shall have 28 days to file an Opposition and Defendant shall have 21 days to file a Reply. The initial case management conference scheduled for September 3, 2024 is hereby vacated and will be reset.

Dated: 6/27/2024                            By: _____
                                            Judge Haywood S. Gilliam, Jr.

COOLEY LLP
ATTORNEYS AT LAW
SAN DIEGO

6

JOINT REQUEST AND ORDER
CASE NO. 4:24-CV-03229-HSG
CASE NO. 4:24-CV-03612-HSG