1    Laurence D. King (SBN 206423)
     Matthew B. George (SBN 239322)
2    Blair E. Reed (SBN 316791)
     Clarissa R. Olivares (SBN 343455)
3    **KAPLAN FOX & KILSHEIMER LLP**
     1999 Harrison Street, Suite 1560
4    Oakland, California 94612
     Telephone: (415) 772-4700
5    Facsimile:  (415) 772-4709
     *lking@kaplanfox.com*
6    *mgeorge@kaplanfox.com*
     *breed@kaplanfox.com*
7    *colivares@kaplanfox.com*

8    *Attorneys for Plaintiff and the Proposed Class*

9

10                    **UNITED STATES DISTRICT COURT**
                     **NORTHERN DISTRICT OF CALIFORNIA**
11                      **SAN FRANCISCO DIVISION**

12

13   MEGAN WHEELER, on behalf of herself and       Case No. 3:24-cv-04396-LB
     all others similarly situated,
14
                          Plaintiff,               **DECLARATION OF LAURENCE D. KING**
15          v.                                     **IN SUPPORT OF ADMINISTRATIVE**
                                                   **MOTION TO CONSIDER WHETHER**
16   VNGR BEVERAGE LLC,                            **CASES SHOULD BE RELATED**
                                                   **PURSUANT TO CIVIL LOCAL RULES 3-**
17                        Defendant.               **12 AND 7-11**

18

19

20

21

22

23

24

25

26

27

28

I, Laurence D. King, declare as follows:

1.      I am an attorney at Kaplan Fox & Kilsheimer LLP, counsel for Plaintiff Megan Wheeler ("Plaintiff Wheeler"), the above entitled action, *Wheeler v. VNGR Beverages, LLC*, Case No. 3:24-cv-04396-LB (N.D. Cal.) (the "*Wheeler* Action").  I submit this Declaration in Support of Plaintiff's Administrative Motion to Consider Whether Cases Should be Related Pursuant to Civil Local Rules 3-12 and 7-11.  I have personal knowledge of the facts stated in this Declaration and, if called a witness, I could and would testify competently to them.

2.      The *Wheeler* Action was filed on July 19, 2024, and is currently assigned to Magistrate Judge Laurel Beeler.  *In re VNGR Beverage, LLC Litig.*, Case No. 4:24-cv-03229-HSG (N.D. Cal) ("*In re VNGR Beverage*") originally filed on May 29, 2024, is assigned to the Honorable Haywood S. Gilliam, Jr., and is the operative action.

3.      On June 25, 2024, the Court related a lower-filed action, *Lesh, et al. v. VNGR Beverage, LLC*, Case No. 4:24-cv-03612-HSG (the "*Lesh* Action"), to the first-filed *Cobbs v. VNGR Beverage, LLC*, Case No. 4:24-cv-03229-HSG (the "*Cobbs* Action") and found that the Actions were similar. Then, on June 27, 2024, the Court consolidated the *Lesh* Action with the *Cobbs* Action, now known as *In re VNGR Beverage.*

4.      The *Wheeler* Action and *In re VNGR Beverage* involve the same Defendant and substantially the same facts.  *See* Civ. L.R. 3-12(a)(1).  Specifically, Plaintiffs in both of the cases are consumers that allege that Defendant's Poppi prebiotic sodas are falsely advertised because the prebiotics provided in a single can of soda is not enough to provide any possible improvement to gut health. Plaintiffs in both the *Wheeler* Action and *In re VNGR Beverage* bring claims for violations of California Business & Professions Code §§ 17500, *et seq.*, California Civil Code §§ 1750, *et seq.*, California Business & Professions Code §§ 17200, *et seq.*, and a claim for unjust enrichment. Furthermore, both cases are putative class actions seeking to represent substantially similar, if not identical, putative classes, and seek damages and other relief.  As such, each action will require adjudication of substantially the same questions of law and fact.

5.      Concurrently with the filing of this Administrative Motion, the parties in the related action will be served with copies of this motion and all supporting documents filed with it.

1    I declare under penalty of perjury under the laws of the United States and the State of California

2  that the foregoing is true and correct.

3    Executed this 22nd day of July, 2024, in Oakland, California.

4

5                                         /s/ *Laurence D. King*
                                            Laurence D. King

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

DECL. OF LAURENCE D. KING ISO ADMIN. MOT TO CONSIDER WHETHER CASES SHOULD BE RELATED