**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION**

| | |
|---|---|
| MEGAN WHEELER, on behalf of herself and all others similarly situated,<br><br>　　　　　　　　　　Plaintiff,<br>　　v.<br><br>VNGR BEVERAGE LLC,<br><br>　　　　　　　　　　Defendant. | Case No. 3:24-cv-04396-LB<br><br>**[PROPOSED] ORDER GRANTING ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED PURSUANT TO CIVIL LOCAL RULES 3-12 AND 7-11** |

This Court, having considered the administrative motion by Plaintiff Megan Wheeler to consider whether cases should be related pursuant to Civil Local Rules 3-12 and 7-11,

**IT IS HEREBY ORDERED THAT** the action entitled *Wheeler v. VNGR Beverage LLC*, Case No. 3:24-cv-04396-LB, which was filed on July 19, 2024, and is currently assigned to Magistrate Judge Laurel Beeler is related to *In re VNGR Beverage, LLC Litig.*, Case No. 4:24-cv-03229-HSG (N.D. Cal) ("*In re VNGR Beverage*") originally filed on May 29, 2024, and assigned to the Honorable Haywood S. Gilliam, Jr.

**IT IS FURTHER ORDERED THAT** the *Wheeler* Action be reassigned to this Court for all further proceedings.

**IT IS SO ORDERED.**

DATED: _____

_____
The Honorable Haywood S. Gilliam, Jr.
United States District Judge