**BURSOR & FISHER, P.A.**
L. Timothy Fisher (State Bar No. 191626)
Joshua B. Glatt (State Bar No. 354064)
1990 North California Blvd., 9th Floor
Walnut Creek, CA 94596
Telephone: (925) 300-4455
Facsimile:  (925) 407-2700
E-mail: ltfisher@bursor.com
         jglatt@bursor.com

**GUCOVSCHI ROZENSHTEYN, PLLC.**
Adrian Gucovschi (*pro hac vice* forthcoming)
Benjamin Rozenshteyn (*pro hac vice* forthcoming)
140 Broadway, Suite 4667
New York, NY 10005
Telephone: (212) 884-4230
Facsimile:  (212) 884-4230
E-mail: adrian@gr-firm.com
         ben@gr-firm.com

*Attorneys for Plaintiff Kristin Cobbs*

[Additional counsel listed on Signature Page]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re VNGR BEVERAGE, LLC LITIGATION | Case No. 4:24-cv-03229-HSG <br><br> <u>CLASS ACTION</u> <br><br> **JOINT SCHEDULING STIPULATION AND ORDER AS MODIFIED TO CONSOLIDATE RELATED CASE, SET DEADLINE FOR AMENDING COMPLAINT, AMEND BRIEFING SCHEDULE, AND CONTINUE CASE MANAGEMENT CONFERENCE** <br><br> Dept:    Courtroom 2 <br> Judge:   Judge Haywood S. Gilliam, Jr. |
| MEGAN WHEELER, on behalf of herself and all others similarly situated, <br>                        Plaintiff, <br> v. <br><br> VNGR BEVERAGE, LLC <br>                        Defendant. | Case No. 4:24-cv-04396-HSG |

Pursuant to Civil Local Rules 16-2 and 7-12, Plaintiffs Kristin Cobbs, Carol Lesh, and Sarah Coleman ("Plaintiffs") and Defendant VNGR Beverage, LLC d/b/a Poppi ("Defendant" or "Poppi," together with "Plaintiffs," the "Parties") hereby jointly stipulate and agree as follows:

WHEREAS, on May 29, 2024, a putative class action was filed in this Court against Poppi alleging violations of consumer protection laws, captioned *Cobbs v. VNGR Beverage, LLC*, Case No. 4:24-cv-03229-HSG (the "*Cobbs* Action");

WHEREAS, on May 29, 2024, a substantially similar putative class action, involving the same questions of law and fact, was filed in the Northern District of California, captioned *Lesh, et al. v. VNGR Beverage, LLC*, Case No. 3:24-cv-03612-SK (the "*Lesh* Action");

WHEREAS, on June 25 and 27, 2024, the Court entered Orders relating (ECF No. 18) and then consolidating (ECF No. 22) the *Lesh* Action to the *Cobbs* Action (recaptioned as "*In re VNGR Beverage LLC, Litigation*") and set deadlines for filing a consolidated amended complaint and related responsive filings;

WHEREAS, on July 19, 2024, a third substantially similar putative class action, involving the same questions of law and fact, was filed in the Northern District of California, captioned *Megan Wheeler v. VNGR Beverage LLC,* Case No. 4:24-cv-04396-HSG (the "*Wheeler* Action");

WHEREAS, on July 23, 2024, plaintiffs in the *Wheeler* Action filed an administrative motion to relate the *Wheeler* Action to the *In re VNGR Beverage, LLC Litigation* Action pursuant to Civil Local Rules 3-12(a) and 7-11 (ECF No. 28) because these actions involve identical questions of law and fact and the same conduct by the same Defendant;

WHEREAS, on July 25, 2024, Plaintiffs in the *Cobbs* and *Lesh* Actions filed a Consolidated Amended Complaint;

WHEREAS, on August 9, 2024, the Court entered a Related Case Order (ECF No. 31) relating the *Wheeler* Action to the *In re VNGR Beverage LLC, Litigation* Action;

WHEREAS, cases pending before the same judge may be consolidated under Federal Rule of Civil Procedure 42(a) if the actions involve a common question of law or fact;

WHEREAS, to advance the interests of judicial economy and efficiency, prevent duplication, and preserve the Court's and Parties' Resources, the Parties, therefore, respectfully

submit that consolidation of the *Wheeler* Action with the *In re VNGR Beverage LLC, Litigation* Action is appropriate;

WHEREAS, the Parties agree that if the cases are consolidated, Plaintiffs will accordingly file a consolidated amended complaint for all three consolidated Actions;

WHEREAS, the Parties agree that Defendant need not answer, move, or otherwise respond to the currently filed complaints in the *Cobbs* Action, *Lesh* Action, and *Wheeler* Action, and should instead respond to the consolidated amended complaint; and

WHEREAS, an initial case management conference is presently set in the *Wheeler* action for October 29, 2024 at 2:00 p.m., and Defendant's Answer to or Motion to Dismiss the Consolidated Complaint is due September 9, 2024.

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED by the Parties hereto, through their undersigned counsel, as follows:

1. Pursuant to Civil L.R. 3-12(f)(3), the case originally captioned *Megan Wheeler v. VNGR Beverage LLC,* Case No. 4:24-cv-04396-HSG is hereby consolidated with the case captioned *In re VNGR Beverage, LLC Litigation*, Case No. 4:24-cv-03229-HSG.

2. Pursuant to Federal Rule of Civil Procedure Rule 42(a), the above-captioned actions shall be consolidated for all purposes, including, without limitation, discovery, pretrial proceedings, and trial (the "Consolidated Action").

3. Every pleading filed in the Consolidated Action shall be filed under Case No. 4:24-cv-03229-HSG and shall bear the *In re VNGR Beverage, LLC Litigation* caption.

4. Pursuant to FRCP 23(g) and subject to the Court's approval, Bursor & Fisher, P.A., and Gutride Safier LLP will serve as co-lead interim class counsel in the consolidated action.

5. Plaintiffs shall file a consolidated amended complaint by August 20, 2024.

6. Defendant need not answer, move, or otherwise respond to the currently pending complaints in the *Wheeler* or *In re VNGR Beverage, LLC Litigation* Actions.

7. Defendant shall respond to the to-be-filed second consolidated amended complaint by September 23, 2024.

8. If Defendant ultimately files a motion to dismiss the second consolidated amended

complaint, Plaintiffs will file an opposition to the motion to dismiss by October 21, 2024, and Defendant will file a reply to the opposition by November 12, 2024.

9. The Court may reset the initial case management conference in *Wheeler*, currently scheduled for October 29, 2024 at 2:00 p.m., to a later date set by the Court.

10. The Parties are not waiving any rights, claims, or defenses of any kind except as expressly stated herein, and the Parties reserve the right to seek further extensions of time as circumstances may warrant, subject to the Court's approval.

Dated: August 20, 2024      Respectfully submitted,

**BURSOR & FISHER, P.A.**

By: */s/ L. Timothy Fisher*

L. Timothy Fisher (State Bar No. 191626)
Joshua B. Glatt (State Bar No. 354064)
1990 North California Blvd., Suite 940
Walnut Creek, CA 94596
Telephone: (925) 300-4455
Facsimile: (925) 407-2700
E-mail: ltfisher@bursor.com
        jglatt@bursor.com

Dated: August 20, 2024      **GUCOVSCHI ROZENSHTEYN, PLLC.**

By: */s/ Adrian Gucovschi*

Adrian Gucovschi (*pro hac vice* forthcoming)
Benjamin Rozenshteyn (*pro hac vice* forthcoming)
140 Broadway, Suite 4667
New York, NY 10005
Telephone: (212) 884-4230
Facsimile: (212) 884-4230
E-mail: adrian@gr-firm.com
        ben@gr-firm.com

*Attorneys for Plaintiff Kristin Cobbs*

Dated: August 20, 2024      **GUTRIDE SAFIER LLP**

By: */s/ Anthony J. Patek*

Seth A. Safier (State Bar No. 197427)
Marie A. McCrary (State Bar No. 262670)

|   |   |   |
|---|---|---|
| | | Anthony J. Patek (State Bar No. 228964)<br>100 Pine Street, Suite 1250<br>San Francisco, CA 94111<br>E-mail: seth@gutridesafier.com<br>            marie@gutridesafier.com<br>            anthony@gutridesafier.com |

*Attorneys for Plaintiffs Carol Lesh and Sarah Coleman*

Dated: August 20, 2024           **KAPLAN FOX & KILSHEIMER LLP**

By: */s/ Matthew B. George*

Laurence D. King (SBN 206423)
Matthew B. George (SBN 239322)
Blair E. Reed (SBN 316791)
Clarissa R. Olivares (SBN 343455)
1999 Harrison Street, Suite 1560
Oakland, California 94612
Telephone: (415) 772-4700
Facsimile:  (415) 772-4709
E-mail: lking@kaplanfox.com
            mgeorge@kaplanfox.com
            breed@kaplanfox.com
            colivares@kaplanfox.com

*Attorneys for Plaintiff Megan Wheeler*

DATED:  August 20, 2024           **COOLEY LLP**

By: */s/ Michelle C. Doolin*

Michelle C. Doolin
MEGAN L. DONOHUE (266147)
(mdonohue@cooley.com)
VIVIENNE A. PISMAROV (345611)
(vpismarov@cooley.com)
10265 Science Center Drive
San Diego, CA 92121-1117
Telephone: (858) 550-6000
Facsimile: (858) 550-6420

DARINA A. SHTRAKHMAN (324109)
(dshtrakhman@cooley.com)
3 Embarcadero Center, 20th Floor
San Francisco, CA 94111
Telephone: (415) 693-2000
Facsimile: (415) 693-2222

*Attorneys for Defendant*
*VNGR BEVERAGE, LLC d/b/a POPPI*

**SIGNATURE ATTESTATION**

I, L. Timothy Fisher, as the ECF user and filer of this document, attest pursuant to N.D. Cal. L.R. 5(i)(3) that each of the other signatories have concurred in the filing of the document.

                                              */s/ L. Timothy Fisher*
                                              L. Timothy Fisher

## ORDER AS MODIFIED

Having considered the parties' Joint Stipulation and good cause appearing, the Court hereby orders as follows:

1. Pursuant to Civil L.R. 3-12(f)(3), the case originally captioned *Megan Wheeler v. VNGR Beverage LLC,* Case No. 4:24-cv-04396-HSG is hereby consolidated with the case captioned *In re VNGR Beverage, LLC Litigation*, Case No. 4:24-cv-03229-HSG.

2. Pursuant to Federal Rule of Civil Procedure Rule 42(a), the above-captioned actions shall be consolidated for all purposes, including, without limitation, discovery, pretrial proceedings, and trial (the "Consolidated Action").

3. Every pleading filed in the Consolidated Action shall be filed under Case No. 4:24-cv-03229-HSG and shall bear the *In re VNGR Beverage, LLC Litigation* caption.

4. Pursuant to FRCP 23(g), Bursor & Fisher, P.A., and Gutride Safier LLP will serve as co-lead interim class counsel in the consolidated action.

5. Plaintiffs shall file a consolidated amended complaint by August 20, 2024.

6. Defendant need not answer, move, or otherwise respond to the currently pending complaints in the *Wheeler* or *In re VNGR Beverage, LLC Litigation* Actions.

7. Defendant shall respond to the second consolidated amended complaint by September 23, 2024.

8. If Defendant ultimately files a motion to dismiss the Second Consolidated Amended Complaint, Plaintiffs will file an opposition to the motion to dismiss by October 21, 2024, and Defendant will file a reply to the opposition by November 12, 2024.

9. The Parties are not waiving any rights, claims, or defenses of any kind except as expressly stated herein, and the Parties reserve the right to seek further extensions of time as circumstances may warrant, subject to the Court's approval.

10. The Clerk is directed to administratively close the later-filed civil action, Case No. 24-cv-04396-HSG.

//

JOINT SCHEDULING STIPULATION                                              6

IT IS SO ORDERED.

Date: 8/21/2024

_____
Hon. Judge Haywood S. Gilliam, Jr.
United States District Court Judge