UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

RELATED CASE ORDER

A Motion for Administrative Relief to Consider Whether Cases Should be Related or a *Sua Sponte* Judicial Referral for Purpose of Determining Relationship (Civil L.R. 3-12) has been filed.  The time for filing an opposition or statement of support has passed.  As the judge assigned to case

24-cv-03229-HSG        In re VNGR Beverage, LLC Litigation

I find that the more recently filed case that I have initialed below is already assigned to me and is related to the above-referenced case.

| Case | Title | Related | Not Related |
|---|---|---|---|
| 24-cv-06666-HSG | Jackson v. VNGR Beverage LLC | **HSG** | |

Dated:  October 11, 2024

By: *Haywood S. Gilliam, Jr.*

Haywood S. Gilliam, Jr.

United States District Judge

1

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

**CLERK'S NOTICE**

 The court has reviewed the motion and determined that no cases are related and no reassignments shall occur.

Dated:                By: _____

                    Nikki D. Riley, Deputy Clerk