1  COOLEY LLP
   MICHELLE C. DOOLIN (179445)
2  (mdoolin@cooley.com)
   MEGAN L. DONOHUE (266147)
3  (mdonohue@cooley.com)
   VIVIENNE A. PISMAROV (345611)
4  (vpismarov@cooley.com)
   10265 Science Center Drive
5  San Diego, CA 92121-1117
   Telephone:    (858) 550-6000
6  Facsimile:    (858) 550-6420

7  MAXIMILIAN SLADEK DE LA CAL (324961)
   (msladekdelacal@cooley.com)
8  1333 2nd Street, Suite 400
   Santa Monica, CA 90401-4100
9  Telephone:    (310) 883-6400
   Facsimile:    (310) 883-6500

10
   Attorneys for Defendant
11 VNGR BEVERAGE, LLC d/b/a POPPI

12                    UNITED STATES DISTRICT COURT

13                   NORTHERN DISTRICT OF CALIFORNIA

14

15 In re VNGR BEVERAGE, LLC        Case No. 4:24-cv-03229-HSG
16 LITIGATION
                                   **JOINT STIPULATION TO CONTINUE THE**
17                                 **MOTION TO DISMISS HEARING; ORDER**

18 This Document Relates to:       Dept:     Courtroom 2
   Case No. 4:24-cv-06666-HSG      Judge:    Judge Haywood S. Gilliam, Jr.
19

20

21

22

23

24

25

26

27

28

COOLEY LLP
ATTORNEYS AT LAW
SAN DIEGO

                                         **JOINT STIP. AND ORDER**
                                         **CASE NO. 4:24-CV-03229-HSG**

Pursuant to Civil Local Rules 6-2 and 7-12, Plaintiffs Kristin Cobbs, Carol Lesh, Sarah Colemand, and Megan Wheeler ("Plaintiffs") and Defendant VNGR Beverage, LLC d/b/a Poppi ("Defendant" or "Poppi," and together with "Plaintiffs," the "Parties") hereby jointly stipulate and agree as follows:

1. WHEREAS, the above consolidated action, *In re VNGR Beverage, LLC Litigation*, Case No. 4:24-cv-03229-HSG (ECF No. 1) is presently pending before the Court;

2. WHEREAS, on August 20, 2024, Plaintiffs filed a Second Amended Consolidated Complaint ("SAC") (ECF No. 35);

3. WHEREAS, on September 23, 2024, Poppi filed its Motion to Dismiss the SAC, which is currently scheduled for a hearing before this Court on December 5, 2024 at 2:00 p.m. (ECF No. 37);

4. WHEREAS, the Parties have conferred regarding the December 5 hearing date, and agree that a short continuance of the hearing, until December 19, 2024, would benefit the parties;

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED by the Parties hereto, through their undersigned counsel, as follows:

1. The Court may continue the motion to dismiss hearing, currently scheduled for December 5, 2024 at 2:00 p.m., to December 19, 2024 at 2:00 p.m., or to the next available and most convenient date for the Court.

2. The Parties are not waiving any rights, claims, or defenses of any kind except as expressly stated herein, and the Parties reserve the right to seek further extensions of time as circumstances may warrant, subject to the Court's approval.

| | |
|---|---|
| 1 | Dated: October 18, 2024 |

**COOLEY LLP**

*/s/ Megan L. Donohue*

MEGAN L. DONOHUE (266147)
(mdonohue@cooley.com)
MICHELLE C. DOOLIN (179445)
(mdoolin@cooley.com)
VIVIENNE A. PISMAROV (345611)
(vpismarov@cooley.com)
10265 Science Center Drive
San Diego, CA 92121-1117
Telephone:    (858) 550-6000
Facsimile:    (858) 550-6420

MAXIMILIAN SLADEK DE LA CAL (324961)
(msladekdelacal@cooley.com)
1333 2nd Street, Suite 400
Santa Monica, CA 90401-4100
Telephone:    (310) 883-4100
Facsimile:    (310) 883-6500

Attorneys for Defendant
VNGR BEVERAGE, LLC d/b/a POPPI

Dated: October 18, 2024

**BURSOR & FISHER, P.A.**

*/s/ L. Timothy Fisher*

L. Timothy Fisher (State Bar No. 191626)
ltfisher@bursor.com
Joshua B. Glatt (State Bar No. 354064)
jglatt@bursor.com
1990 North California Blvd., Suite 940
Walnut Creek, Ca 94596
Telephone: (925) 300-4455
Facsimile: (925) 407-2700

Co-lead Interim Class Counsel

COOLEY LLP
ATTORNEYS AT LAW
SAN DIEGO

2

1

## **ATTESTATION OF CONCURRENCE IN FILING**

2          Pursuant to the United States District Court for the Northern District of California, Civil

3    L.R. 5-1(i), I, Megan L. Donohue, hereby attest that the concurrence to the filing of the foregoing

4    document has been obtained from the signatories.

5    Dated: October 18, 2024                          **COOLEY LLP**

6

7                                                      */s/ Megan L. Donohue*
                                                       MEGAN L. DONOHUE (266147)
8                                                      (mdonohue@cooley.com)
                                                       MICHELLE C. DOOLIN (179445)
9                                                      (mdoolin@cooley.com)
                                                       VIVIENNE A. PISMAROV (345611)
10                                                     (vpismarov@cooley.com)
                                                       10265 Science Center Drive
11                                                     San Diego, CA 92121-1117
                                                       Telephone:    (858) 550-6000
12                                                     Facsimile:    (858) 550-6420

13                                                     MAXIMILIAN SLADEK DE LA CAL (324961)
                                                       (msladekdelacal@cooley.com)
14                                                     1333 2nd Street, Suite 400
                                                       Santa Monica, CA 90401-4100
15                                                     Telephone:    (310) 883-4100
                                                       Facsimile:    (310) 883-6500
16

17                                                     Attorneys for Defendant
                                                       VNGR BEVERAGE, LLC d/b/a POPPI
18

19

20

21

22

23

24

25

26

27

28

1

## <u>ORDER</u>

2         PURSUANT TO STIPULATION, IT IS SO ORDERED.  The Court, having considered the

3 parties' Joint Stipulation to Continue the Motion to Dismiss Hearing, pursuant to Civil Local Rules

4 6-2 and 7-12, the Court hereby continues the December 5, 2024 motion to dismiss hearing until

5 December 19, 2024 at 2:00 p.m.

6

7 Dated:  10/21/2024                    By:

8                                        Judge Haywood S. Gilliam, Jr.

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

COOLEY LLP
ATTORNEYS AT LAW
SAN DIEGO

4

JOINT STIP. AND ORDER
CASE NO. 4:24-CV-03229-HSG