COOLEY LLP
MICHELLE C. DOOLIN (179445)
(mdoolin@cooley.com)
MEGAN L. DONOHUE (266147)
(mdonohue@cooley.com)
VIVIENNE A. PISMAROV (345611)
(vpismarov@cooley.com)
10265 Science Center Drive
San Diego, CA 92121-1117
Telephone:    (858) 550-6000
Facsimile:    (858) 550-6420

MAXIMILIAN SLADEK DE LA CAL (324961)
(msladekdelacal@cooley.com)
1333 2nd Street, Suite 400
Santa Monica, CA 90401-4100
Telephone:    (310) 883-6400
Facsimile:    (310) 883-6500

Attorneys for Defendant
VNGR BEVERAGE, LLC d/b/a POPPI

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re VNGR BEVERAGE, LLC LITIGATION<br><br>This Document Relates to:<br>Case No. 4:24-cv-03612-HSG<br>Case No. 4:24-cv-06666-HSG | Case No. 4:24-cv-03229-HSG<br><br>CLASS ACTION<br><br>**JOINT STIPULATION TO EXTEND STAY OF PROCEEDINGS**<br><br>Dept:    Courtroom 2<br>Judge:    Judge Haywood S. Gilliam, Jr. |

Pursuant to Civil Local Rule 7-12, Plaintiffs Kristin Cobbs, Carol Lesh, Sarah Coleman, and Megan Wheeler ("Plaintiffs") and Defendant VNGR Beverage, LLC d/b/a Poppi ("Defendant" or "Poppi," and together with "Plaintiffs," the "Parties") hereby jointly stipulate and agree as follows:

1. WHEREAS, the above consolidated action, *In re VNGR Beverage, LLC Litigation*, Case No. 4:24-cv-03229-HSG (ECF No. 1, the "Consolidated Action") is presently pending before the Court;

2. WHEREAS, on August 20, 2024, Plaintiffs filed a Second Amended Consolidated Complaint ("SAC") (ECF No. 35);

3. WHEREAS, on September 23, 2024, Poppi filed its Motion to Dismiss the SAC, which was initially scheduled for a hearing before this Court on December 5, 2024 at 2:00 p.m. (ECF No. 37);

4. WHEREAS, on October 21, 2024, the Court granted the Parties' Joint Stipulation to Continue the Motion to Dismiss Hearing to December 19, 2024 at 2:00 p.m. (ECF No. 42);

5. WHEREAS, on December 4, 2024, the Parties attended a private mediation with the Honorable Judge Jay C. Gandhi (Ret.) and subsequently have continued to discuss a potential resolution of the Consolidated Action;

6. WHEREAS, on December 6, 2024, the Court vacated the December 19, 2024 hearing (ECF No. 47);

7. WHEREAS, on December 16, 2024, the Court granted the Parties' joint stipulation to stay the Consolidated Action for sixty (60) calendar days until February 14, 2025, to provide the Parties with time to finalize and execute a formal class settlement agreement (ECF Nos. 48–49); and

8. WHEREAS, the Parties are currently finalizing the terms of a formal class settlement agreement and agree that an additional stay until March 10, 2025 would provide the Parties with additional time to execute the class settlement agreement, as well as draft and file preliminary approval papers pursuant to Federal Rules of Civil Procedure Rule 23(e).

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED by the Parties

hereto, through their undersigned counsel, as follows:

1. The current stay of the Consolidated Action is extended until March 10, 2025.

2. This Stipulation shall not preclude or prevent the Parties from stipulating to, or moving for, a court order lifting, modifying or extending the terms of this Stipulation upon a showing of good cause.

3. The Parties are not waiving any rights, claims, or defenses of any kind except as expressly stated herein, and the Parties reserve the right to seek relief from the stay as circumstances may warrant, subject to the Court's approval.

Dated: February 13, 2025     **COOLEY LLP**

*/s/ Michelle C. Doolin*
MICHELLE C. DOOLIN (179445)
(mdoolin@cooley.com)
MEGAN L. DONOHUE (266147)
(mdonohue@cooley.com)
VIVIENNE A. PISMAROV (345611)
(vpismarov@cooley.com)
10265 Science Center Drive
San Diego, CA 92121-1117
Telephone:  (858) 550-6000
Facsimile:   (858) 550-6420

MAXIMILIAN SLADEK DE LA CAL (324961)
(msladekdelacal@cooley.com)
1333 2nd Street, Suite 400
Santa Monica, CA 90401-4100
Telephone:  (310) 883-4100
Facsimile:   (310) 883-6500

Attorneys for Defendant
VNGR BEVERAGE, LLC d/b/a POPPI

| | | |
|---|---|---|
| 1 | Dated: February 13, 2025 | **BURSOR & FISHER, P.A.** |
| 2 | | |
| 3 | | */s/ L. Timothy Fisher* |
| | | L. Timothy Fisher (State Bar No. 191626) |
| 4 | | ltfisher@bursor.com |
| | | Joshua B. Glatt (State Bar No. 354064) |
| 5 | | jglatt@bursor.com |
| | | 1990 North California Blvd., Suite 940 |
| 6 | | Walnut Creek, CA 94596 |
| | | Telephone: (925) 300-4455 |
| 7 | | Facsimile: (925) 407-2700 |
| 8 | | Co-lead Interim Class Counsel |

COOLEY LLP
ATTORNEYS AT LAW
SAN DIEGO

3

**JOINT STIPULATION AND [PROPOSED] ORDER**
**CASE NO. 4:24-CV-03229-HSG**

**ATTESTION OF CONCURRENCE IN FILING**

Pursuant to the United States District Court for the Northern District of California, Civil L.R. 5-1(i), I, Michelle C. Doolin, hereby attests that the concurrence to the filing of the foregoing document has been obtained from the signatories.

Dated: February 13, 2025

**COOLEY LLP**

*/s/ Michelle C. Doolin*
MICHELLE C. DOOLIN (179445)
(mdoolin@cooley.com)
MEGAN L. DONOHUE (266147)
(mdonohue@cooley.com)
VIVIENNE A. PISMAROV (345611)
(vpismarov@cooley.com)
10265 Science Center Drive
San Diego, CA 92121-1117
Telephone:  (858) 550-6000
Facsimile:   (858) 550-6420

MAXIMILIAN SLADEK DE LA CAL (324961)
(msladekdelacal@cooley.com)
1333 2nd Street, Suite 400
Santa Monica, CA 90401-4100
Telephone:  (310) 883-4100
Facsimile:   (310) 883-6500

Attorneys for Defendant
VNGR BEVERAGE, LLC d/b/a POPPI

**[PROPOSED] ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED. The Court, having considered the parties' Joint Stipulation to Stay Proceedings, pursuant to Civil Local Rule 7-12, the Court hereby extends the current stay of the Consolidated Action until March 10, 2025.

Dated: _____, 2025      By: _____
                                              Judge Haywood S. Gilliam, Jr.