| | |
|---|---|
| **BURSOR & FISHER, P.A.**<br>L. Timothy Fisher (State Bar No. 191626)<br>Joshua B. Glatt (State Bar No. 354064)<br>1990 North California Blvd., 9th Floor<br>Walnut Creek, CA 94596<br>Telephone: (925) 300-4455<br>Facsimile: (925) 407-2700<br>E-mail: ltfisher@bursor.com<br>          jglatt@bursor.com<br><br>**GUTRIDE SAFIER LLP**<br>Seth A. Safier (State Bar No. 197427)<br>Marie A. McCrary (State Bar No. 262670)<br>Anthony J. Patek (State Bar No. 228964)<br>100 Pine Street, Suite 1250<br>San Francisco, CA 94111<br>E-mail: seth@gutridesafier.com<br>          marie@gutridesafier.com<br>          anthony@gutridesafier.com<br><br>*Co-Lead Interim Class Counsel* | **COOLEY LLP**<br>MICHELLE C. DOOLIN (179445)<br>(mdoolin@cooley.com)<br>MEGAN L. DONOHUE (266147)<br>(mdonohue@cooley.com)<br>VIVIENNE A. PISMAROV (345611)<br>(vpismarov@cooley.com)<br>10265 Science Center Drive<br>San Diego, CA 92121-1117<br>Telephone: (858) 550-6000<br>Facsimile: (858) 550-6420<br><br>MAXIMILIAN SLADEK DE LA CAL<br>(324961)<br>(msladekdelacal@cooley.com)<br>1333 2nd Street, Suite 400<br>Santa Monica, CA 90401-4100<br>Telephone: (310) 883-6400<br>Facsimile: (310) 883-6500<br><br>*Attorneys for Defendant* |

[Additional Counsel Listed on Signature Page]

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re VNGR BEVERAGE, LLC LITIGATION<br><br>This Document Relates to:<br>Case No. 4:24-cv-03612-HSG<br>Case No. 4:24-cv-06666-HSG | Case No. 4:24-cv-03229-HSG<br><br>Hon. Haywood S. Gilliam, Jr.<br><br>**JOINT STIPULATION FOR LEAVE TO FILE THIRD AMEDED CONSOLIDATED COMPLAINT AND EXTENSION OF DEADLINE TO MOVE FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT AND ORDER (as modified)** |

Pursuant to Civil Local Rule 7-12, Plaintiffs Kristin Cobbs, Carol Lesh, Sarah Coleman, and Megan Wheeler ("Plaintiffs") and Defendant VNGR Beverage, LLC d/b/a Poppi ("Defendant" or "Poppi," and together with "Plaintiffs," the "Parties), hereby jointly stipulate and agree as follows:

WHEREAS, the above consolidated action, *In re VNGR Beverage, LLC Litigation*, Case No. 4:24-cv-03229-HSG (ECF No. 1, the "Consolidated Action") is presently pending before the Court;

WHEREAS, on August 20, 2024, Plaintiffs filed a Second Amended Consolidated Complaint ("SAC") (ECF No. 35);

WHEREAS, on September 23, 2024, Poppi filed its Motion to Dismiss the SAC, which was initially scheduled for a hearing before this Court on December 5, 2024 at 2:00 p.m. (ECF No. 37);

WHEREAS, on October 21, 2024, the Court granted the Parties' Joint Stipulation to Continue the Motion to Dismiss Hearing to December 19, 2024. (ECF No. 42);

WHEREAS, on December 4, 2024, the Parties attended a private mediation with the Honorable Judge Jay C. Gandhi (Ret.) and subsequently have continued to negotiate resolution of the Consolidated Action;

WHEREAS, on December 6, 2024, the Court vacated the December 19, 2024 hearing (ECF No. 47);

WHEREAS, on December 16, 2024, the Court granted the Parties' joint stipulation to stay the Consolidated Action for sixty (60) calendar days until February 14, 2025, to provide the Parties with time to finalize and execute a formal class settlement agreement (ECF Nos. 48–49);

WHEREAS, on February 13, 2025, the Parties filed a joint stipulation informing the Court that the Parties were finalizing the terms of a formal class settlement and requested a continuance of the previously granted stay to March 10, 2025, which the Court granted (ECF Nos. 50-51);

WHEREAS, the Parties executed the Settlement Agreement on March 5, 2025 and have finalized the supporting exhibits.

1  WHEREAS, pursuant to the Settlement Agreement, the Parties have agreed that Plaintiffs
2  shall file a Third Amended Consolidated Complaint, in the form attached as Exhibit A to this
3  stipulation, adding a claim for breach of implied warranty; and
4  WHEREAS, pending the Court's approval of the Third Amended Complaint, the Parties
5  are drafting a Motion for Preliminary Approval of Class Action Settlement in accordance with
6  the final terms.

8  NOW WHEREFORE, IT IS HEREBY STIPULATED BY AND BETWEEN THE
9  PARTIES THAT, subject to the Court's approval, Plaintiffs' Third Amended Consolidated
10 Complaint shall become the operative pleading.  Plaintiffs shall file a Motion for Approval of
11 Settlement seeking a preliminary order on March 14, 2025.

| | | |
|---|---|---|
| 1 | Dated: March 5, 2025 | Respectfully submitted, |
| 2 | | **BURSOR & FISHER, P.A.** |
| 3 | | |
| 4 | | By:  */s/ L. Timothy Fisher*  <br>     L. Timothy Fisher |
| 5 | | |
| 6 | | L. Timothy Fisher (State Bar No. 191626) <br> Joshua B. Glatt (State Bar No. 354064) |
| 7 | | 1990 North California Blvd., 9th Floor <br> Walnut Creek, CA 94596 |
| 8 | | Telephone: (925) 300-4455 <br> Facsimile: (925) 407-2700 |
| 9 | | E-mail: ltfisher@bursor.com <br>          jglatt@bursor.com |
| 10 | | |
| 11 | | **GUTRIDE SAFIER LLP** <br> Seth A. Safier (State Bar No. 197427) |
| 12 | | Marie A. McCrary (State Bar No. 262670) <br> Anthony J. Patek (State Bar No. 228964) |
| 13 | | 100 Pine Street, Suite 1250 <br> San Francisco, CA 94111 |
| 14 | | E-mail: seth@gutridesafier.com <br>          marie@gutridesafier.com |
| 15 | | anthony@gutridesafier.com |
| 16 | | *Co-lead Interim Class Counsel* |
| 17 | | **GUCOVSCHI ROZENSHTEYN, PLLC** |
| 18 | | Adrian Gucovschi (*Pro Hac Vice*) <br> Benjamin Rozenshteyn (*Pro Hac Vice* forthcoming) |
| 19 | | 140 Broadway, Suite 4667 <br> New York, NY 10005 |
| 20 | | Telephone: (212) 884-4230 |
| 21 | | Facsimile: (212) 884-4230 <br> E-mail: adrian@gr-firm.com |
| 22 | | ben@gr-firm.com |
| 23 | | *Attorneys for Plaintiff Cobbs* |
| 24 | | **KAPLAN FOX & KILSHEIMER LLP** <br> Laurence D. King (SBN 206423) |
| 25 | | Matthew B. George (SBN 239322) <br> Blair E. Reed (SBN 316791) |
| 26 | | Clarissa R. Olivares (SBN 343455) |
| 27 | | 1999 Harrison Street, Suite 1560 <br> Oakland, California 94612 |
| 28 | | Telephone: (415) 772-4700 <br> Facsimile: (415) 772-4709 |

JOINT STIPULATION AND ORDER                                                                 3
CASE NO. 4:24-cv-03229-HSG

|   |   |
|---|---|
|   | E-mail: lking@kaplanfox.com |
|   | mgeorge@kaplanfox.com |
|   | breed@kaplanfox.com |
|   | colivares@kaplanfox.com |

*Attorneys for Plaintiff Wheeler*

Dated: March 5, 2025      **COOLEY LLP**

By:   */s/ Michelle C. Doolin*
      Michelle C. Doolin

MICHELLE C. DOOLIN (179445)
(mdoolin@cooley.com)
MEGAN L. DONOHUE (266147)
(mdonohue@cooley.com)
VIVIENNE A. PISMAROV (345611)
(vpismarov@cooley.com)
10265 Science Center Drive
San Diego, CA 92121-1117
Telephone: (858) 550-6000
Facsimile: (858) 550-6420

MAXIMILIAN SLADEK DE LA CAL (324961)
(msladekdelacal@cooley.com)
1333 2nd Street, Suite 400
Santa Monica, CA 90401-4100
Telephone: (310) 883-6400
Facsimile: (310) 883-6500

*Attorneys for Defendant*

## L.R. 5-1 ATTESTATION

I, L. Timothy Fisher, attest that all signatories listed herein, and on whose behalf this filing is submitted, concur in this filing's content and have authorized this filing.

By:   */s/ L. Timothy Fisher*
      L. Timothy Fisher

# ORDER

PURSUANT TO THE STIPULATION, IT IS SO ORDERED.  The Court, having considered the Parties' Joint Stipulation and finding good cause for the same, hereby orders that the Parties request for leave to allow Plaintiffs to file a Third Amended Consolidated Complaint is **GRANTED** and the Third Amended Complaint attached as Exhibit A to the Joint Stipulation is hereby the operative pleading in this action.  Counsel is directed to e-file the Third Amended Complaint on the docket forthwith.  Plaintiffs shall file a Motion for Preliminary Approval of Class Action Settlement by March 14, 2025.

This order TERMINATES docket no. 37.

**IT IS SO ORDERED.**
Dated:      3/6/2025

_____
Hon. Haywood S. Gilliam, Jr.
United States District Judge