UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re VNGR BEVERAGE, LLC LITIGATION<br><br>This Document Relates to<br>Case No. 4:24-cv-03612-HSG | Case No. 4:24-cv-03229-HSG<br><br><u>CLASS ACTION</u><br><br>**ORDER GRANTING DEFENDANT VNGR BEVERAGE, LLC'S UNOPPOSED MOTION TO APPEAR REMOTELY AT HEARING ON PLAINTIFFS' UNOPPOSED MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT** |

**ORDER**

The Court, having considered Defendant VNGR Beverage, LLC's ("Defendant") Unopposed Motion to Appear Remotely at Hearing on Plaintiffs' Unopposed Motion for Preliminary Approval of Class Action Settlement, and finding that good cause exists, hereby GRANTS Defendant's request. Michelle C. Doolin, counsel for Defendant, may appear remotely via Zoom at the hearing on Plaintiffs' Unopposed Motion for Preliminary Approval of Class Action Settlement, which is set for May 8, 2025 at 2:00 p.m., in the courtroom of the Honorable Haywood S. Gilliam, Jr., Courtroom 2, 4th Floor, 1301 Clay Street, Oakland, CA 93162. The CRD will e-mail Michelle C. Doolin the zoom information.

**IT IS SO ORDERED.**

Dated: 5/2/2025

_____
Hon. Haywood S. Gilliam, Jr.
United States District Court Judge