**BURSOR & FISHER, P.A.**
L. Timothy Fisher (State Bar No. 191626)
Joshua B. Glatt (State Bar No. 354064)
1990 North California Blvd., 9th Floor
Walnut Creek, CA 94596
Telephone: (925) 300-4455
Facsimile: (925) 407-2700
E-mail: ltfisher@bursor.com
         jglatt@bursor.com

**GUTRIDE SAFIER LLP**
Seth A. Safier (State Bar No. 197427)
Marie A. McCrary (State Bar No. 262670)
Anthony J. Patek (State Bar No. 228964)
100 Pine Street, Suite 1250
San Francisco, CA 94111
E-mail: seth@gutridesafier.com
         marie@gutridesafier.com
         anthony@gutridesafier.com

*Attorneys for Plaintiffs*

[Additional Counsel Listed on Signature Page]

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re VNGR BEVERAGE, LLC LITIGATION | Case No. 4:24-cv-03229-HSG |
| | Hon. Haywood S. Gilliam, Jr. |
| | **DECLARATION OF MARIE M. MCRARY IDENTIFYING CHANGES TO PROPOSED PRELIMINARY APPROVAL ORDER AND NOTICE DOCUMENTS** |

DECLARATION OF MARIE M. MCRARY
CASE NO. 4:24-cv-03229-HSG

I, Marie M. McCrary, declare as follows:

1. WHEREAS, on Thursday, May 8, 2025, the Court held a hearing on Plaintiffs' Unopposed Motion for Preliminary Approval of Class Action Settlement (ECF No. 59);

2. WHEREAS, at that hearing, the Court requested that the accompanying Notice Documents be amended to clarifying the definition of "Household" and Counsel volunteered to make amendments to the Proposed Order;

3. WHEREAS, the Court ordered that the updated Notice Documents, attached hereto as Exhibits A-D, and the amended Proposed Order, attached hereto as Exhibit E, be resubmitted to the Court with redlined changes (ECF No. 59);

4. WHEREAS, per the Court's Order, the Notice Documents (Exhibits A-D) have been updated to include a definition for "Household" and clarifies that multiple Claims submitted from the same Household would be aggregated into a single Claim;

5. WHEREAS, the Proposed Order has been updated to remove Plaintiff Carol Lesh as a Class Representative and updates the Service Award total accordingly. The updated Order also contains a corrected citation to the Website Notice.

6. WHEREAS, the Service Award total has also been updated in the Notice Documents.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct, executed on May 15, 2025 at Timnath, Colorado.

By: */s/ Marie A. McCrary*
       Marie A. McCrary

Dated: May 15, 2025 Respectfully submitted,

**GUTRIDE SAFIER LLP**

By: */s/ Marie A. McCrary*
    Marie A. McCrary (State Bar No. 262670)


**BURSOR & FISHER, P.A.**
L. Timothy Fisher (State Bar No. 191626)
Joshua B. Glatt (State Bar No. 354064)
1990 North California Blvd., 9th Floor
Walnut Creek, CA 94596
Telephone: (925) 300-4455
Facsimile: (925) 407-2700
E-mail: ltfisher@bursor.com
       jglatt@bursor.com

**GUTRIDE SAFIER LLP**
Seth A. Safier (State Bar No. 197427)
Anthony J. Patek (State Bar No. 228964)
100 Pine Street, Suite 1250
San Francisco, CA 94111
E-mail: seth@gutridesafier.com
anthony@gutridesafier.com

*Co-lead Interim Class Counsel*

**GUCOVSCHI ROZENSHTEYN, PLLC.**
Adrian Gucovschi (Pro Hac Vice)
Benjamin Rozenshteyn (Pro Hac Vice pending)
140 Broadway, Suite 4667
New York, NY 10005
Telephone: (212) 884-4230
Facsimile: (212) 884-4230
E-mail: adrian@gr-firm.com
ben@gr-firm.com

*Attorneys for Plaintiff Cobbs*

**KAPLAN FOX & KILSHEIMER LLP**
Laurence D. King (SBN 206423)
Matthew B. George (SBN 239322)
Blair E. Reed (SBN 316791)
Clarissa R. Olivares (SBN 343455)
1999 Harrison Street, Suite 1560
Oakland, California 94612
Telephone: (415) 772-4700
Facsimile: (415) 772-4709

DECLARATION OF MARIE M. MCRARY
CASE NO. 4:24-cv-03229-HSG

1
2
3
                                           E-mail: lking@kaplanfox.com
                                                mgeorge@kaplanfox.com
                                                breed@kaplanfox.com
                                                colivares@kaplanfox.com

4
                                          *Attorneys for Plaintiff Wheeler*

5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

DECLARATION OF MARIE M. MCRARY
CASE NO. 4:24-cv-03229-HSG