**EXHIBIT C**

**If you purchased Poppi Products, a class action Settlement may affect you.**

A proposed class action Settlement has been reached in cases alleging Poppi beverages (the "Products") were improperly labeled as "gut healthy." Poppi contends that the label claims are expressly true and denies that it did anything wrong. Notwithstanding, the parties have agreed to settle the cases on a nationwide basis, and Defendant has agreed to provide Class Payments to Class Members. The cases are *In re VNGR Beverage, LLC Litigation*, No. 4:24-cv-03229-HSG filed in the United States District Court for the Northern District of California; *Cobbs v. VNGR Beverage, LLC*, No. 4:24-cv-03229 filed in the United States District Court for the Northern District of California; *Lesh, et al. v. VNGR Beverage, LLC,* No. 3:24-cv-03612 filed in the United States District Court for the Northern District of California; and *Wheeler v. VNGR Beverage LLC*, No. 4:24-cv-04396 filed in the United States District Court for the Northern District of California.

**Does The Class Include Me?**

You are a Class Member if you purchased any flavor or packaging of Poppi beverage for household use and not for resale or distribution in the United States between January 23, 2020, and [Settlement Notice Date].

**What are the Settlement Benefits?**

To settle the case, Defendant will create a Settlement Fund of $8,900,000.00. This fund will be used to pay Class Payments for Approved Claims as well as Administrative and Notice Costs, Attorneys' Fees and Costs, and Service Awards to the Class Representatives. If you make an Approved Claim in the Settlement, you will receive a Class Payment for each unit of any Product that you purchased, subject to the maximums and minimums set forth below. "Single Can Unit" means a single quantity of a 12-ounce or 16-ounce can of the Products as sold at retail; "4-pack Unit" means a single quantity of a 4-pack of the Products as sold at retail; "8-pack Unit" means a single quantity of an 8-pack of the Products as sold at retail; "12-pack Unit" means a single quantity of a 12-pack of the Products as sold at retail; and "15-pack Unit" means a single quantity of a 15-pack of the Products as sold at retail.

If you make an Approved Claim, you are entitled to a Class Payment up to as follows: seventy-five cents ($0.75) per Single Can Unit of the Product purchased; three dollars ($3.00) per 4-pack Unit of the Product purchased; six dollars ($6.00) per 8-pack Unit of the Product purchased; and nine dollars ($9.00) per 12-pack or 15-pack Unit of the Product purchased. Each Approved Claim shall receive a Minimum Class Payment of five dollars ($5.00), though the Class Payment may be less or more depending upon, among other things, the number of Approved Claims received, the amount of Attorneys' Fees and Costs paid to the Plaintiffs' lawyers, the amount of Service Awards paid to the Plaintiffs, and the costs of providing notice and administering the Settlement. If you do not have Proof of Purchase, you may obtain a maximum Class Payment of up to sixteen dollars ($16.00) per Household. A "Household" means any number of persons occupying the same dwelling unit. If multiple Claims are submitted from the same Household, those Claims shall be treated as a single Claim, including for purposes of determining the maximum Class Payment without Proof of Purchase. "Proof of Purchase" means a receipt or other documentation from a third-party commercial source (*i.e.*, a store or online retailer) that reasonably establishes the fact and date of purchase of Products by a Class Member between January 23, 2020 and the Settlement Notice Date.

If there is money left over in the Settlement Fund after payment of all Class Payments, Attorneys' Fees and Costs, Service Awards to the Class Representatives, and Administrative and Notice Costs, the money will be donated to a charity.

**How Do I Make A Claim?**

**To file a claim, click <link>here</link>** and fill out the form. You can also obtain a claim form by contacting the Settlement Administrator.

**What are my rights?**

You may make a Claim, Object, Opt-Out, or do nothing. **To receive a Class Payment, you must <link>submit a Claim</link>,** online or by mail, by the Claims Deadline, which is [date 60 days after the Settlement Notice Date]. If you **Opt-Out of the Settlement**, you may pursue a separate lawsuit, but you will receive no Class Payment. Your Opt-Out request must be mailed to the Settlement Administrator and postmarked by the Objection and Exclusion Deadline, which is [date 60 days after the Settlement Notice Date]. If you do not Opt-Out, you give up your right to bring a separate lawsuit. **To object**, you must file a written Objection that complies with the requirements in the Long Form Notice available at www.poppisettlement.com. Your Objection must be filed with the Court by the Objection and Exclusion Deadline, which is [date 60 days after the Settlement Notice Date]. **Do nothing**, and you will not receive a Class Payment and you will release the Released Claims against Defendant that relate to the allegations in the lawsuits.

**What will happen next?**

The Court will hold a hearing on [DATE] at [ ] p.m. to consider whether to finally approve the Settlement. Class Counsel will ask the Court to award them no more than 30% of the Settlement Fund in attorneys' fees and approximately $30,000 in out-of-pocket expenses and up to $15,000 total in Service Awards to the three individuals who pursued the lawsuit, out of the Settlement Fund. Note that the hearing date may change without further notice to you. Consult the Website at www.poppisettlement.com or for a fee, through the Court's Public Access to Court Electronic Records (PACER) system at https://ecf.cand.uscourts.gov, for updated information on the hearing date and time.

**How can I get more information?**

For more information, please visit www.poppisettlement.com or contact the Settlement Administrator at [ ] or by telephone at [telephone]. Please do not telephone the Court or the Court's Clerk's Office to inquire about this Settlement.

Deleted: Page Break
¶
¶

Deleted: 20

Deleted: four