**BURSOR & FISHER, P.A.**
L. Timothy Fisher (State Bar No. 191626)
Joshua B. Glatt (State Bar No. 354064)
1990 North California Blvd., 9th Floor
Walnut Creek, CA 94596
Telephone: (925) 300-4455
Facsimile: (925) 407-2700
E-mail: ltfisher@bursor.com
　　　　jglatt@bursor.com

**GUTRIDE SAFIER LLP**
Seth A. Safier (State Bar No. 197427)
Marie A. McCrary (State Bar No. 262670)
Anthony J. Patek (State Bar No. 228964)
100 Pine Street, Suite 1250
San Francisco, CA 94111
E-mail: seth@gutridesafier.com
　　　　marie@gutridesafier.com
　　　　anthony@gutridesafier.com

*Co-Lead Interim Class Counsel*

[Additional Counsel Listed on Signature Page]

**COOLEY LLP**
MICHELLE C. DOOLIN (179445)
(mdoolin@cooley.com)
MEGAN L. DONOHUE (266147)
(mdonohue@cooley.com)
VIVIENNE A. PISMAROV (345611)
(vpismarov@cooley.com)
10265 Science Center Drive
San Diego, CA 92121-1117
Telephone: (858) 550-6000
Facsimile: (858) 550-6420

MAXIMILIAN SLADEK DE LA CAL
(324961)
(msladekdelacal@cooley.com)
1333 2nd Street, Suite 400
Santa Monica, CA 90401-4100
Telephone: (310) 883-6400
Facsimile: (310) 883-6500

*Attorneys for Defendant*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| In re VNGR BEVERAGE, LLC LITIGATION | Case No. 4:24-cv-03229-HSG<br><br>Hon. Haywood S. Gilliam, Jr.<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER SETTING SETTLEMENT ADMINISTRATION SCHEDULE** |

1    Pursuant to Civil Local Rule 7-12, Plaintiffs Kristin Cobbs, Sarah Coleman, and Megan Wheeler ("Plaintiffs") and Defendant VNGR Beverage, LLC d/b/a Poppi ("Defendant" or "Poppi," and together with "Plaintiffs," the "Parties), hereby jointly stipulate and agree as follows:

WHEREAS, on May 23, 2025 the Court approved Plaintiffs' Unopposed Motion for Preliminary Approval of Class Action Settlement (ECF No. 61);

WHEREAS, the Court ordered the Parties to meet and confer and propose dates for each forthcoming event concerning the administration and final approval of the Class Action Settlement;

NOW WHEREFORE, IT IS HEREBY STIPULATED BY AND BETWEEN THE PARTIES THAT, subject to the Court's approval, the Parties propose to the following schedule:

| Event | Date |
|---|---|
| Preliminary Approval Order (PAO) | 5/23/2025 |
| Deadline for Settlement Administrator to mail notice to all putative Class Members | 7/18/2025 |
| Filing deadline for attorneys' fees and costs motion | 8/12/2025 |
| Filing deadline for incentive payment motion | 8/12/2025 |
| Deadline for Class Members to opt-out or object to settlement and/or application for attorneys' fees and costs and incentive payment | 9/16/2025 |
| Verita Deadline to file Declaration Stating Number and Identity of Opt-Outs and Claims Rate | 9/30/2025 |
| Deadline to file Motion for Final Approval | 9/30/2025 |
| Verita deadline to submit declaration stating number of impressions delivered and number of click-throughs to settlement website | 9/30/2025 |
| Final fairness hearing and hearing on motions | 11/6/2025 |

| | |
|---|---|
| Dated: May 30, 2025 | Respectfully submitted, |
| | **BURSOR & FISHER, P.A.** |
| | By:  */s/ L. Timothy Fisher* |
| | L. Timothy Fisher (State Bar No. 191626)<br>Joshua B. Glatt (State Bar No. 354064)<br>1990 North California Blvd., 9th Floor<br>Walnut Creek, CA 94596<br>Telephone: (925) 300-4455<br>Facsimile: (925) 407-2700<br>E-mail: ltfisher@bursor.com<br>           jglatt@bursor.com |
| | **GUTRIDE SAFIER LLP**<br>Seth A. Safier (State Bar No. 197427)<br>Marie A. McCrary (State Bar No. 262670)<br>Anthony J. Patek (State Bar No. 228964)<br>100 Pine Street, Suite 1250<br>San Francisco, CA 94111<br>E-mail: seth@gutridesafier.com<br>           marie@gutridesafier.com<br>           anthony@gutridesafier.com |
| | *Co-lead Interim Class Counsel* |
| | **GUCOVSCHI ROZENSHTEYN, PLLC**<br>Adrian Gucovschi (*Pro Hac Vice*)<br>Benjamin Rozenshteyn (*Pro Hac Vice* forthcoming)<br>140 Broadway, Suite 4667<br>New York, NY 10005<br>Telephone: (212) 884-4230<br>Facsimile: (212) 884-4230<br>E-mail: adrian@gr-firm.com<br>           ben@gr-firm.com |
| | *Attorneys for Plaintiff Cobbs* |
| | **KAPLAN FOX & KILSHEIMER LLP**<br>Laurence D. King (SBN 206423)<br>Matthew B. George (SBN 239322)<br>Blair E. Reed (SBN 316791)<br>Clarissa R. Olivares (SBN 343455)<br>1999 Harrison Street, Suite 1560<br>Oakland, California 94612<br>Telephone: (415) 772-4700<br>Facsimile: (415) 772-4709<br>E-mail: lking@kaplanfox.com |

mgeorge@kaplanfox.com
breed@kaplanfox.com
colivares@kaplanfox.com

*Attorneys for Plaintiff Wheeler*

Dated: May 30, 2025            **COOLEY LLP**

By:  */s/ Megan L. Donohue*
     Megan L. Donohue

MICHELLE C. DOOLIN (179445)
(mdoolin@cooley.com)
MEGAN L. DONOHUE (266147)
(mdonohue@cooley.com)
VIVIENNE A. PISMAROV (345611)
(vpismarov@cooley.com)
10265 Science Center Drive
San Diego, CA 92121-1117
Telephone: (858) 550-6000
Facsimile: (858) 550-6420

MAXIMILIAN SLADEK DE LA CAL (324961)
(msladekdelacal@cooley.com)
1333 2nd Street, Suite 400
Santa Monica, CA 90401-4100
Telephone: (310) 883-6400
Facsimile: (310) 883-6500

*Attorneys for Defendant*

### L.R. 5-1 ATTESTATION

I, L. Timothy Fisher, attest that all signatories listed herein, and on whose behalf this filing is submitted, concur in this filing's content and have authorized this filing.

By:  */s/ L. Timothy Fisher*
     L. Timothy Fisher

# [PROPOSED] ORDER

PURSUANT TO THE STIPULATION, IT IS SO ORDERED. The Court, having considered the Parties' Joint Stipulation and finding good cause for the same, hereby **ORDERS** the Parties' forthcoming deadlines be set as follows:

| Event | Date |
|---|---|
| Deadline for Settlement Administrator to mail notice to all putative Class Members | 7/18/2025 |
| Filing deadline for attorneys' fees and costs motion | 8/12/2025 |
| Filing deadline for incentive payment motion | 8/12/2025 |
| Deadline for Class Members to opt-out or object to settlement and/or application for attorneys' fees and costs and incentive payment | 9/16/2025 |
| Verita Deadline to file Declaration Stating Number and Identity of Opt-Outs and Claims Rate | 9/30/2025 |
| Deadline to file Motion for Final Approval | 9/30/2025 |
| Verita deadline to submit declaration stating number of impressions delivered and number of click-throughs to settlement website | 9/30/2025 |
| Final fairness hearing and hearing on motions | 11/6/2025 |

**IT IS SO ORDERED.**

Dated: _____

Haywood S. Gilliam, Jr.
United States District Judge