UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **In re VNGR BEVERAGE, LLC LITIGATION** | Case No. 24-cv-03229-HSG<br><br>**ORDER DENYING STIPULATION AND ENTERING SCHEDULING ORDER**<br><br>Re: Dkt. No. 62 |

The parties filed a joint stipulation and proposed order setting a settlement administration schedule. Dkt. No. 62. The Court DENIES the stipulation.

First, the proposed schedule does not adhere to the Court's requirement that the deadline for class members to opt-out or object to the settlement and/or attorneys' fees and incentives motions must be set at least 45 days after the filing of those motions. *See* Dkt. No. 61 at 16. In addition, the proposed timeline sets the same deadline for filing the motion for final approval as the deadline for the Settlement Administrator to file declarations regarding Class Members' response to the notice plan. *See* Dkt. No. 62 at 3. This proposal does not appear to account for the requirement that the motion for final approval itself must discuss and include specific information about the response of the class, such as the number of undeliverable class notices, the number of Class Members who submitted valid claims, and the number of Class Members who opted out. *See* N.D. Cal. Procedural Guidance for Class Action Settlements, https://www.cand.uscourts.gov/forms/procedural-guidance-for-class-action-settlements. Given this requirement, declarations by the Settlement Administrator regarding the class response should be cited in the motion for final approval and attached as exhibits to that motion rather than filed separately on the docket on the same day the motion is filed.

Accordingly, the Court **DENIES** Dkt. No. 62 and **SETS** the following deadlines that comply with the Court's requirements:

| Event | Date |
|---|---|
| Deadline for Settlement Administrator to send notice to all putative Class Members pursuant to approved notice plan (by mail, email, and publication) and begin digital notice campaign | July 18, 2025 |
| Filing deadline for attorneys' fees and costs motion | August 12, 2025 |
| Filing deadline for incentive payment motion | August 12, 2025 |
| Deadline for Class Members to opt-out or object to settlement and/or application for attorneys' fees and costs and incentive payment | September 26, 2025 |
| Deadline to file Motion for Final Approval | October 17, 2025 |
| Final fairness hearing and hearing on motions | November 20, 2025, at 2:00 p.m. |

These dates may only be altered by order of the Court and only upon a showing of good cause. The parties are directed to review and comply with this Court's standing orders.

**IT IS SO ORDERED.**

Dated: June 2, 2025

HAYWOOD S. GILLIAM, JR.
United States District Judge

2