UNITED STATES DISTRICT COURT FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **In re VNGR BEVERAGE, LLC LITIGA-TION**<br><br>This Document Relates To:<br>Case No. 4:24-cv-03612-HSG<br>Case No. 4:24-cv-06666-HSG | CASE NO. 4:24-cv-03229-HSG<br><br>**STIPULATED JUDGMENT** |

WHEREAS, the Court issued an Order on April 14, 2026, finally approving the Settlement Agreement and Release fully executed as of March 5, 2026, (see ECF No. 55-1) ("Settlement Agreement") between the Parties in the above-captioned action, having found that the Settlement Agreement is fair, adequate, and reasonable, and that the Class Members received adequate notice (the "Final Approval Order") (see ECF No. 80);

WHEREAS, the Court issued an Order on June 4, 2026, awarding attorneys' fees, litigation expenses, and incentive awards in the amounts set forth in the order (the "Fee Order") (see ECF No. 85);

WHEREAS, the Final Approval Order and the Fee Order are fully incorporated by reference herein;

WHEREAS, the Court in the Fee Order directed the Parties to file a short stipulated final judgment of two pages or less within seven (7) days from the date of the Fee Order;

WHEREAS, the Parties agree to the entry of this Judgment; and

WHEREAS, the Parties designate this Judgment as the "Final Judgment" defined in U. of the Definitions section in the Settlement Agreement and as referred to in the Settlement Agreement, and agree that the Court's entry of this Judgment shall, upon entry, satisfy the condition of the Court having "entered Final Judgment" as set forth under P. of the Definitions section in the Settlement Agreement;

ACCORDINGLY, IT IS HEREBY ORDERED, ADJUDGED AND DECREED that:

-1-

1.    The terms of the Settlement Agreement, including all releases provided therein, and of this Judgment shall be forever binding on Defendant VGNR Beverage, LLC, Plaintiffs Kristin Cobbs, Sarah Coleman, and Megan Wheeler, and all Class Members (except for the six that requested exclusion).

2.    Plaintiffs' action is dismissed with prejudice.

3.    The Court retains jurisdiction over the subject matter of this action, Plaintiffs, all Class Members (except for the six that requested exclusion), and Defendant, as set forth in Section 11.12 of the Settlement Agreement. The Clerk is further directed to close the case.

**IT IS SO ORDERED.**

Dated: 6/15/2026

Honorable Haywood S. Gilliam, Jr.
United States District Judge